IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| GEORGE ELDRIDGE, 448535,     )<br>        Petitioner,     )<br>                                )<br>v.                              )<br>                                )<br>NATHANIEL QUARTERMAN,     )<br>Director TDCJ-CID,        )<br>        Respondent.     )  | No. 3:07-CV-1472-N<br>ECF |

## ORDER

After making the review required by 28 U.S.C. § 636(b), the Court finds that the Findings, Conclusions and Recommendation of the Magistrate Judge are correct, and they are adopted as the findings and conclusions of the Court. The motion to appoint counsel is hereby denied as moot.

Signed June 13, 2008.

_____
DAVID C. GODBEY
UNITED STATES DISTRICT JUDGE

ORDER - SOLO PAGE